**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7456**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLARENCE MILES, JR., a/k/a Clink,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge. (CR-90-72-K, CA-96-1910-K)

———————————

Submitted: January 23, 1997        Decided: February 5, 1997

———————————

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Clarence Miles, Jr., Appellant Pro Se. Katharine Jacobs Armentrout, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Miles, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. Miles pled guilty, pursuant to a plea agreement, in October 1990 to conspiracy to distribute heroin, 21 U.S.C. § 846 (1994) for which he received a 168-month sentence. Miles claimed in his § 2255 motion that his attorney was ineffective for failing to argue for a two-level reduction under U.S.S.G. § 3B1.2(b)[*] and for failing to object to the quantity of heroin attributed to him for sentencing purposes. We have reviewed the record and find that the district court properly denied relief on both claims. Miles stipulated to the amount of heroin attributable to him and that he was not entitled to a reduction for his role in the offense. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] United States Sentencing Commission, Guidelines Manual (Nov. 1995).

2